**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 97-60498
_____

MOZELL VEAL, FELIX VEAL, WALLACE DUNN, AND JOE
WOODS, Ed.D.,

                       Plaintiffs-Appellants,

versus

LOUIS P WRIGHT, DORIS G BRIDGEMAN, ACIE
WHITLOCK, JR, LYNN EVANS, AND JOSHUA J WIENER,
members of the JACKSON, MISSISSIPPI PUBLIC
SCHOOL DISTRICT BOARD OF TRUSTEES, and DAN
MERRITT, Ed.D.,

                       Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
(3:96-CV-654BN)

April 10, 1998

Before GARWOOD, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Mozell Veal, Felix Veal, Wallace Dunn, and Joe Woods appeal
the district court's grant of summary judgment in favor of the
defendants on their claims of violation of procedural and
substantive due process rights secured by the U.S. and Mississippi
Constitutions, breach of contract, and pendant state law claims.
After reading the briefs, hearing oral argument, and reviewing the

---

    [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

record in this case, we affirm for essentially the same reasons as stated in the district court's opinion.

AFFIRMED.